# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMANDO RIXTUN-CABRERA, | : |
| Petitioner | : |
| v. | : 4:20-CV-2070 |
| | : (JUDGE MARIANI) |
| WARDEN CLAIR DOLL, | : |
| Respondent | : |

## ORDER

**AND NOW, THIS** ___3rd___ **DAY OF DECEMBER, 2021**, upon consideration of Armando Rixtun-Cabrera's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the Court's accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED THAT**:

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge